IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-201-D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DASHAWN LEONARD GARRETT, ) | |
| ) | |
| Defendant. ) | |

Defendant is represented by counsel. See [D.E. 164]. Thus, the court DENIES defendant's pro se motions [D.E. 169, 171, 177]. The court will address defendant's motion to suppress [D.E. 173] once the United States responds.

SO ORDERED. This 17 day of September, 2025.

JAMES C. DEVER III
United States District Judge