IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-201-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DASHAWN LEONARD GARRETT | ) | |
| | ) | |
| Defendant. | ) | |

On September 10, 2025, defendant filed a motion to suppress [D.E. 173]. On October 16, 2025, the government responded in opposition [D.E. 185]. The court will hold a hearing on this motion on November 7, 2025, at 9:00 a.m. in courtroom one of the Terry Sanford Federal Building and United States Courthouse, 310 New Bern Avenue, Raleigh, North Carolina.

SO ORDERED. This 28 day of October, 2025.

JAMES C. DEVER III
United States District Judge